**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Timothy JOHNSON, Defendant—Appellant.**

**No. 11–6139.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2011.

Decided: Sept. 1, 2011.

Timothy Johnson, Appellant Pro Se. Brent Alan Gray, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Johnson appeals the district court's order denying relief on his motion seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*